UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

|  |  |  |
|---|---|---|
| DEBORAH HEMSTREET, | ) | 2:11-CV-00108-PMP-LRL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| NEVADA ENERGY, INC., a Nevada | ) | |
| corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On February 14, 2011, the Court entered and Order (Doc. #14) granting Defendants' motion to dismiss complaint, but granting Plaintiff leave to file an amended complaint with regard to Plaintiff's first claim of relief.

On March 16, 2011, Plaintiff filed an Amended Complaint (Doc. #16) setting forth in her First Claim for Relief, violation of Title VII of the Civil Rights Act of 1964, and the Age Discrimination in Employment Act.

Now before the Court is Defendant's fully briefed Motion to Dismiss Plaintiff's Amended Complaint (Doc. #17).

Having read and considered the foregoing, the Court finds that Defendant's Motion to Dismiss Plaintiff's Amended Claim for Violation of the Age Discrimination in Employment Act must be **GRANTED.**

**IT IS SO ORDERED.**

/ / /

1      **IT IS FURTHER ORDERED**, however, that Defendant's Motion to

2  Dismiss Plaintiff's First Amended Claim for Violation of Title VII of the Civil

3  Rights Act of 1964 is **DENIED.**

4      **IT IS FURTHER ORDERED that** Defendant's Motion to Dismiss (Doc.

5  #3) is **GRANTED** with respect to Plaintiff's Second, Third and Fourth Claims for

6  relief, and that such claims are hereby **DISMISSED** with prejudice.

7  DATED: April 11, 2011.

8

9  _____
   PHILIP M. PRO
10  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2