KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBORAH HEMSTREET, | 2:11-cv-00108-PMP-LRL |
| Plaintiff, | |
| vs. | |
| NV ENERGY, INC., | |
| Defendant. | |

**STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DEBORAH HEMSTREET, by and through her undersigned counsel, KIRK T. KENNEDY, ESQ., and Defendant, NV ENERGY, INC., represented by and through its undersigned counsel, KARYN M TAYLOR, ESQ. and DEBORAH L. WESTBROOK, ESQ., of the firm of Littler Mendelson, that the complaint shall be dismissed with prejudice and each side shall bear its own attorney's fees and costs.

/s/Kirk T. Kennedy                               /s/Karyn M. Taylor
KIRK T. KENNEDY, ESQ.                KARYN M. TAYLOR, ESQ.
Nevada Bar No: 5032                       Nevada Bar No: 6142
815 S. Casino Center Blvd.               NV Energy, Inc.
Las Vegas, NV 89101                        6100 Neil Road
(702) 385-5534                                   Reno, NV 89511
Attorney for Plaintiff                          (775) 834-5781
                                                            Attorney for Defendant

Dated: 6/3/11                                      Dated: 6/3/11

1

/s/Deborah L. Westbrook
DEBORAH L. WESTBROOK, ESQ.
Nevada Bar No: 9285
LITTLER MENDELSON
3960 Howard Hughes Pkwy., Ste. 300
Las Vegas, NV 89169
(702) 862-8800
Attorney for Defendant

Dated: 6/3/11

### **ORDER**

IT IS SO ORDERED,

Dated this 6th day of June, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

2